**DISMISS and Opinion Filed July 24, 2024**



**In the**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-23-00349-CV**

**DANITA J. HARRIS, Appellant**
**V.**
**CR PROPERTYWISE LLC, Appellee**

**On Appeal from the County Court at Law No. 4**
**Dallas County, Texas**
**Trial Court Cause No. CC-23-01309-D**

## MEMORANDUM OPINION

Before Justices Partida-Kipness, Pedersen, III, and Carlyle
Opinion by Justice Carlyle

We dismissed this appeal for want of prosecution on November 14, 2023, but later withdrew that opinion and ordered appellant, who is proceeding pro se, to file her brief by December 28, 2023. Appellant did so and on January 24, 2024, we notified appellant that her brief failed to comply with rule 38.1 of the Texas Rules of Appellate Procedure. We listed numerous defects in the brief, including that it did not contain a statement of the case, a table of authorities, or a table of contents. More importantly, the brief did not contain any citations to the record or to authorities. We

instructed appellant to file an amended brief correcting the deficiencies within ten days.

The purpose of an appellant's brief is to acquaint the Court with the issues in a case and to present argument that will enable us to decide the case. *See* TEX. R. APP. P. 38.9. We are not responsible for searching the record for facts that may be favorable to a party's position. *Bolling v. Farmers Branch Indep. Sch. Dist.*, 315 S.W.3d 893, 895 (Tex. App—Dallas 2010, no pet.) (citing *Fredonia State Bank v. Gen. Am. Life Ins. Co.*, 881 S.W.2d 279, 283–284 (Tex. 1994)). Thus, the right to appellate review extends only to complaints made in accordance with our rules of appellate procedure, which require an appellant to concisely articulate the issues we are asked to decide, to make clear, concise, and specific arguments in support of appellant's position, to cite appropriate authorities, and to specify the pages in the record where each alleged error can be found. *See* TEX. R. APP. P. 38.1; *Lee v. Abbott*, No. 05-18-01185-CV, 2019 WL 1970521, at *1 (Tex. App—Dallas May 3, 2019, no pet.) (mem. op.); *Bolling,* 315 S.W.3d at 895.

Even liberally construing appellant's amended brief, we conclude that it is wholly inadequate to present any questions for appellate review and is in flagrant violation of rule 38.1. *See Bolling*, 315 S.W.3d at 895. Further, although directed to correct all deficiencies, appellant has failed to do so.

Under these circumstances, we strike appellant's brief and dismiss this appeal for want of prosecution. *See* TEX. R. APP. P. 38.9(a); 42.3(b),(c).

/Cory L. Carlyle/

CORY L. CARLYLE

230349F.P05                    JUSTICE



# Court of Appeals
## Fifth District of Texas at Dallas
### JUDGMENT

DANITA J. HARRIS, Appellant

No. 05-23-00349-CV     V.

CR PROPERTYWISE LLC,
Appellee

On Appeal from the County Court at Law No. 4, Dallas County, Texas
Trial Court Cause No. CC-23-01309-D.

Opinion delivered by Justice Carlyle. Justices Partida-Kipness and Pedersen, III participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

Judgment entered July 24, 2024